1 NORTON MOORE & ADAMS L.L.P.
William A. Adams, Esq. CSBN. 135035
2 525 B Street, Suite 1500
San Diego, California 92101
3 (619) 233-8200
wadams@nmalawfirm.com
4

5 Attorney for Defendant:
PFS, LLC dba McDONALD'S #13410
6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  CHRIS KOHLER, | **Case No. 10 CV 0364 WQH AJB** |
| 12      Plaintiff, | **Complaint Filed:   February 16, 2010** |
| 13  v. | **DEFENDANT PFS, LLC dba McDONALD'S # 13410'S NOTICE OF MOTION AND MOTION FOR ISSUANCE OF AN ORDER (1) DECLARING A PARTIAL OR COMPLETE STAY AS TO DISCOVERY RELATED IN ANY WAY TO INJUNCTIVE RELIEF AVAILABLE TO PLAINTIFF ARISING FROM VIOLATION OF THE AMERICANS WITH DISABILITIES ACT; AND (2) DECLARING A COMPLETE STAY AS TO MOTIONS RELATED IN ANY WAY TO INJUNCTIVE RELIEF AVAILABLE TO PLAINTIFF ARISING FROM VIOLATION OF THE AMERICANS WITH DISABILITIES ACT** |
| 14  PFS, LLC dba McDONALD'S # 13410; McDONALD'S CORP., | |
| 15      Defendants. | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Judge:   Hon. William Q. Hayes
Courtroom: 4 |
| 22 | Time:   11:00 a.m.
Date:   Oct. 18, 2010 |
| 23 | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| 24 | |

25

26 TO ALL PARTIES and THEIR ATTORNEYS OF RECORD:

27     PLEASE TAKE NOTICE that at 11:00 a.m. on October 18, 2010, in Courtroom 4 of the

28

1  United States District Court, Southern District of California, the Hon. Judge William Q Hayes
2  presiding, Defendant PFS, LLC dba McDonald's #13410 ("PFS") will and hereby does move
3  this Court for issuance of an Order (1) issuing a partial or complete stay of any and all discovery
4  related in any way to injunctive relief Plaintiff Kohler may be entitled to arising from
5  Defendants' purported violation of the Americans With Disabilities Act; and (2) issuing a
6  complete stay of any and all motions related in any way to injunctive relief Plaintiff Kohler may
7  be entitled to arising from Defendants' purported violation of the Americans with Disabilities
8  Act..
9      This motion is and will be based upon the following legal contentions.
10     This is a disability discrimination lawsuit filed by Plaintiff Chris Kohler against
11 Defendant PFS and PFS' Co-defendant, McDonald's Corporation. Plaintiff Kohler contends that
12 PFS' McDonald's restaurant located on Balboa Drive in San Diego contains barriers that prevent
13 physically disabled individuals such as Plaintiff Kohler from fully utilizing and enjoying the
14 goods and services of the restaurant, in violation of the Americans With Disabilities Act
15 ("ADA") and several California anti-discrimination statutes applicable to public
16 accommodations. Subject matter jurisdiction has been conferred on this Court by the "federal
17 question" presented by Plaintiff Kohler's assertion of one count arising from federal law, that is,
18 his ADA claim.
19     Monetary damages are not available to Plaintiff Kohler under the ADA. Instead, the only
20 relief available under the ADA is injunctive relief. PFS has already begun remediation and
21 remodeling work at the subject McDonald's restaurant that, by about April 1, 2011, almost
22 assuredly will result in the restaurant being fully accessible to the disabled and fully compliant
23 with the anti-disability discrimination provisions of the ADA. When that occurs, there will be
24 no need for any injunctive relief, and Plaintiff Kohler's ADA claim will become moot. At that
25 time, this Court may choose, if it wishes, to refuse to continue exercising pendent jurisdiction
26 over Plaintiff Kohler's remaining state law claims, and may order this lawsuit dismissed.
27     Because of the likelihood that Plaintiff Kohler's ADA claim will be moot on or about
28 April 1, 2011, it makes no sense to allow discovery specific to the issue of injunctive relief

NORTON MOORE & ADAMS LLP
525 B Street, Suite 1500
San Diego, California 92101
Ph: (619) 233-8200
Fax: (619) 231-7595

under the ADA to go forward. Therefore, this Court should issue an order partially staying any and all discovery related in any way to injunctive relief available to Plaintiff Kohler for any purported violation of the ADA.

In the alternative, if this Court might entertain the idea of dismissing this lawsuit (and refusing to exercise pendent jurisdiction over Plaintiff Kohler's remaining state law claims) once PFS' remedial efforts are completed and no barriers to the physically disabled exist at the subject McDonald's restaurant on or about April 1, 2011, this Court can and should issue an order completely staying all discovery in this lawsuit until that date.

Finally, PFS anticipates that Plaintiff Kohler may file a motion for summary judgment/adjudication as to the ADA claim in the near future in an effort to obtain a permanent injunction against PFS. Given the strong likelihood that by April 1, 2011 remediation at the subject restaurant will be complete, and the need for any such motion and/or an injunctive order requiring PFS to ensure that its restaurant is barrier-free will be a moot issue, this Court can and should issue a stay barring any and all dispositive motions by Plaintiff Kohler prior to April 1, 2011 on the issue of his entitlement to injunctive relief under the ADA.

This motion is and will be based upon this notice of motion and motion, PFS' memorandum of points and authorities, the sworn declaration of William a Adams, the sworn declaration of Paul Schmid, PFS' notice of lodgment of exhibits and all exhibits attached thereto, PFS' reply brief (to be filed at a later date), and any and all additional evidence and argument which this Court may entertain at the time of hearing on this matter.

Date:   September 10, 2010                    **NORTON, MOORE, & ADAMS, LLP**

By: s/William A. Adams
William A. Adams
Attorneys for Defendant
PFS, LLC dba McDonald's #13410