NORTON MOORE & ADAMS L.L.P.
William A. Adams, Esq. CSBN.  135035
525 B Street, Suite 1500
San Diego, California 92101
(619) 233-8200
wadams@nmalawfirm.com

Attorney for Defendant:
PFS, LLC dba McDONALD'S #13410

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>            Plaintiff,<br><br>    v.<br><br>PFS, LLC dba McDONALD'S # 13410;<br>McDONALD'S CORP.,<br><br>            Defendants. | **Case No. 10 CV 0364 WQH AJB**<br><br>**Complaint Filed:      February 16, 2010**<br><br>**DEFENDANT PFS, LLC NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION**<br><br>Judge:   Hon. William Q. Hayes<br>Courtroom: 4<br>Time:   11:00  a.m.<br>Date:    Oct. 18, 2010<br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

Defendant PFS, LLC dba McDonald's # 13410 ("PFS") hereby lodges the following

exhibits with this Court in support of its Motion:

Def. PFS' Notice of Lodgment of Exhibits in Support of Motion (1) For Partial or Complete Stay of Discovery; and (2) For Stay of Motions Related to Plaintiff's Purported Entitlement to Injunctive Relief Under the ADA (10-CV-0364-WQH-AJB)

- 1

NORTON MOORE & ADAMS LLP
525 B Street, Suite 1500
San Diego, California 92101
Ph:   (619) 233-8200
Fax:   (619) 231-7595

1. A letter dated June 16, 2010 from William A. Adams, attorney for PFS, to Lynn Hubbard III, attorney for Plaintiff Chris Kohler.

2. This Court's docket from the lawsuit entitled *Wilson v. PFS, LLC, et al.*, Case #3:06-cv-01046-WQH-BLM, filed on May 11, 2006, and dismissed on August 22, 2007.

3. Plaintiff Kohler and Defendant PFS' Joint Early Neutral Evaluation Conference Statement (in this lawsuit) of May 17, 2010.

Date:   September 10, 2010                    **NORTON, MOORE, & ADAMS, LLP**


By: s/William A. Adams
William A. Adams
Attorney for
Defendant PFS, LLC dba McDonald's # 13410

NORTON MOORE & ADAMS LLP
525 B Street, Suite 1500
San Diego, California 92101
Ph: (619) 233-8200
Fax: (619) 231-7595

LAW OFFICES

# NORTON MOORE & ADAMS

A LIMITED LIABILITY PARTNERSHIP

WILLIAM A. ADAMS

525 B STREET, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

TELEPHONE
(619) 233-8200

TELECOPIER
(619) 231-7595

June 16, 2010

*Via fax only (530-894-8244)*
Lynn Hubbard III, Esq.
DISABLED ADVOCACY GROUP, LLP
12 Williamsburg Lane
Chico, CA 95926

   Re: Kohler v. PFS, LLC, et al.
      USDC #: 10-CV-0364

Dear Mr. Hubbard:

  As was discussed by us some weeks ago prior to the Early Neutral Evaluation Conference and as memorialized in the Joint Early Neutral Evaluation Conference Statement, PFS will implement or ensure compliance regarding all alleged access barriers identified in your client's Complaint. This will be done regardless of the merit of the allegations to expedite resolution and minimize litigation costs. To avoid the needless litigation that occurred prior to the mootness dismissal in the Wilson v. PFS lawsuit, PFS hereby requests that you're client immediately dismiss his federal lawsuit without prejudice and re-file his damage claims in State Court. Additionally, to avoid the unnecessary costs associated with litigation in U.S. District Court and State Unlimited Civil Superior Court, PFS requests that your client re-file in the appropriate Economic Litigation forum, i.e., the Limited Civil Superior (or even Small Claims) jurisdictional classification.

  Dismissal and re-filing will, in no way, prejudice your client's right to re-file for injunctive relief if he subsequently determines that access barriers remain in the restaurant. PFS will consider any reasonable stipulation you feel is necessary to ensure this result. However, we do not believe one is necessary.

  Alternatively, PFS will stipulate to a six month stay of proceedings to allow any necessary property modifications to be made and evaluated by your client.

  As you will recall, it was PFS's position in Wilson v. PFS that your client was using the unopposed injunctive relief claims and unnecessary summary judgment motions to extract an excessive settlement. That remains PFS's position. Accordingly, please avoid the mistakes and expense of the prior litigation by re-filing now in State Court or stipulating to a Stay of Proceedings.

Exhibit 1

Lynn Hubbard, III, Esq.
June 16, 2010
Page 2

I look forward to your response and further discussion regarding the foregoing.

Very truly yours,
NORTON MOORE & ADAMS
A Limited Liability Partnership

By: William A. Adams

Cc:  B. Glickman, Esq.

Exhibit 1

```
                    ┌─────────────────────────────────────┐
                    │  TRANSMISSION VERIFICATION REPORT     │
                    └─────────────────────────────────────┘

                                          TIME : 06/16/2010 12:39
                                          NAME : NORTONMOOREADAMS
                                          FAX  : 6192317595
                                          TEL  : 6192338200
```

```
    DATE,TIME                        06/16   12:38
    FAX NO./NAME                     15308948244
    DURATION                         00:00:31
    PAGE(S)                          02
    RESULT                           OK
    MODE                             STANDARD
                                     ECM
```

LAW OFFICES

# NORTON MOORE & ADAMS

A LIMITED LIABILITY PARTNERSHIP

WILLIAM A. ADAMS

525 B STREET. SUITE 1500
SAN DIEGO, CALIFORNIA 92101

TELEPHONE
(619) 233-0200

TELECOPIER
(619 231-7595

June 16, 2010

*Via fax only (530-894-8244)*
Lynn Hubbard III, Esq.
DISABLED ADVOCACY GROUP, LLP
12 Williamsburg Lane
Chico, CA 95926

Re:   Kohler v. PFS, LLC, et al.
      USDC #: 10-CV-0364

Dear Mr. Hubbard:

As was discussed by us some weeks ago prior to the Early Neutral Evaluation Conference and as memorialized in the Joint Early Neutral Evaluation Conference Statement, PFS will implement or ensure compliance regarding all alleged access barriers identified in your client's Complaint. This will be done regardless of the merit of the allegations to expedite resolution and minimize litigation costs. To avoid the needless litigation that occurred prior to the mootness dismissal in the Wilson v. PFS lawsuit, PFS hereby requests that you're client immediately dismiss his federal lawsuit without prejudice and re-file his damage claims in State Court. Additionally, to avoid the unnecessary costs associated with litigation in U.S. District Court and State Unlimited Civil Superior Court, PFS requests that your

Exhibit 1

CLOSED

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:06–cv–01046–WQH–BLM

Wilson v. PFS LLC, et al
Assigned to: Judge William Q. Hayes
Referred to: Magistrate Judge Barbara Lynn Major
Demand: $75,000
 Case in other court:  USCA, 08–55623
Cause: Americans with Disabilities Act

Date Filed: 05/11/2006
Date Terminated: 08/22/2007
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Ronald Wilson**                    represented by   **Lynn Hubbard , III**
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, CA 95926
(530)895–3252
Fax: (530)894–8244
Email: usdcso@hubslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scottlynn J Hubbard , IV**
Disabled Advocacy Group
12 Williamsburg Lane
Chico, CA 95926
(530)895–3252
Fax: (530)894–8244
Email: usdcso@hubslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFS LLC**                          represented by   **William A Adams**
*PFS LLC dba McDonald's #23315*                      Norton Adams and Downey
525 B Street
Suite 1500
San Diego, CA 92101
(619)233–8200
Fax: (619)231–7595
Email: wadams@nortonadams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PFS Management Co Inc**            represented by   **William A Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McDonald's Corporation**           represented by   **Richard J Bergstrom**
Jones Day
12265 El Camino Real
Suite 200
San Diego, CA 92130
(858) 314–1200
Fax: (858)314–1150

Exhibit 2

Email: rjbergstrom@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2006 | 1 | Complaint Filed; (referred to Magistrate Judge Nita L. Stormes ) Receipt No/Amt of Fee: #124880/$350.00 (gac) (Entered: 05/15/2006) |
| 05/11/2006 | 2 | Summons issued (gac) (Entered: 05/15/2006) |
| 06/16/2006 | 3 | Return of Service executed upon defendant McDonalds Corp on 5/26/06 (gac) (Entered: 06/19/2006) |
| 06/22/2006 | 4 | Return of Service executed upon defendant PFS LLC on 6/2/06 (gac) (Entered: 06/26/2006) |
| 06/22/2006 | 5 | Return of Service executed upon defendant PFS Management Co on 6/2/06 (gac) (Entered: 06/26/2006) |
| 06/27/2006 | 6 | Stipulation and Order by Judge William Q. Hayes : Extension of time for dft McDonald's Corp to file resposive pleading to plaintiff's complaint. Answer to complaint 7/14/06 for McDonalds Corp (gac) (Entered: 06/28/2006) |
| 07/14/2006 | 7 | Notice of Motion and Motion by defendant PFS LLC, defendant PFS Management Co to dismiss Complaint [ motion(s) referred to Judge William Q. Hayes ]; motion hrg set for 08/28/06 at 11:00am (gac) (Entered: 07/18/2006) |
| 07/14/2006 | 8 | Memorandum of points and authorities by defendant PFS LLC, defendant PFS Management Co in support of motion to dismiss Complaint [7−1] (gac) (Entered: 07/18/2006) |
| 07/14/2006 | 9 | Declaration of William A Adams in support of defendant PFS LLC, defendant PFS Management Co motion to dismiss Complaint [7−1] (gac) (Entered: 07/18/2006) |
| 07/14/2006 | 10 | Declaration of Dft Paul Schmid in support of defendant PFS LLC, defendant PFS Management Co motion to dismiss Complaint [7−1] (gac) (Entered: 07/18/2006) |
| 07/18/2006 | 11 | Stipulation and Order by Judge William Q. Hayes : Answer to Complaint to be filed 7/24/06 for McDonalds Corp (gac) (Entered: 07/19/2006) |
| 07/24/2006 | 12 | Ex Parte Application by defendant PFS LLC, defendant PFS Management Co to reschedule motion to dismiss and proposed order. (gac) (Entered: 07/25/2006) |
| 07/24/2006 | 13 | Declaration by William A Adams in support of defendant PFS LLC, defendant PFS Management Co ex parte application [12−1](gac) Modified on 07/25/2006 (Entered: 07/25/2006) |
| 07/24/2006 | 14 | JOINDER by defendant McDonalds Corp joining motion to dismiss Complaint [7−1] (gac) (Entered: 07/26/2006) |
| 07/26/2006 | 15 | Order by Judge William Q. Hayes re motion to dismiss Complaint [7−1], motion hearing continued to 11:00 9/25/06 before Judge William Q. Hayes (gac) (Entered: 07/27/2006) |
| 07/31/2006 | 16 | Order by Judge William Q. Hayes granting application [12−1] continuing hrg re motion to dismiss Complaint [7−1]to 09/25/06 at 11:00am (gac) (Entered: 07/31/2006) |
| 08/08/2006 | 17 | Notice by plaintiff Ronald Wilson of non−opposition of Dft's Ex parte application to reschedule Motion to Dismiss (gac) (Entered: 08/10/2006) |
| 09/11/2006 | 18 | RESPONSE to Motion re 7 Motion to Dismiss filed by Ronald Wilson. (Attachments: # 1 Declaration of Ronald Wilson in support of Opposition)(gac) (Entered: 09/14/2006) |
| 09/18/2006 | 19 | RESPONSE in Support re 7 Motion to Dismiss filed by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Declaration of William Adams in Support of Response)(gac) (Entered: 09/19/2006) |

Exhibit 2

| 09/25/2006 | 20 | Minute Entry: No oral Argument. 7 Motion to Dismiss filed by PFS LLC,, PFS Management Co Inc is taken under SUBMISSION. Court to issue ruling. (llh, ) (Entered: 09/26/2006) |
|---|---|---|
| 09/28/2006 | 21 | Discrepancy Order by Judge William Q. Hayes accepting document: Request for Judicial Notice from Defendants PFS LLC, PFS Management Co Inc, non–compliance with local rule 7.1 or 47.1. Signed by Judge William Q. Hayes on 09/28/06. (gac) (Entered: 09/28/2006) |
| 09/28/2006 | 22 | Dft's Request for Judicial Notice in support of Motion to Dismiss 7 PFS LLC, PFS Management Co Inc (gac) (nunc pro tunc 09/25/06) (Entered: 09/28/2006) |
| 10/26/2006 | 23 | NOTICE by PFS LLC, PFS Management Co Inc re 20 Terminate Hearings, Motion Hearing, Terminate Motions, 22 Notice (Other), 8 Notice (Other) *Request for Judicial Notice* (Adams, William) (Entered: 10/26/2006) |
| 10/27/2006 | 24 | NOTICE by PFS LLC, PFS Management Co Inc re 20 Terminate Hearings, Motion Hearing, Terminate Motions, 8 Notice (Other), 19 Response in Support of Motion *Request for Judicial Notice re: Gunther v. Lin opinion* (Adams, William) (Entered: 10/27/2006) |
| 11/02/2006 | 25 | ORDER re 7 Motion to Dismiss filed by PFS LLC, PFS Management Co Inc. is denied. Dft's motion for a more definite stat3ments is denied. Dft's motin to Dismiss the state law is denied. Signed by Judge William Q. Hayes on 11/02/06. (gac) (Entered: 11/03/2006) |
| 11/06/2006 | 26 | Minute Entry for proceedings held before Judge Nita L. Stormes : Judge Barbara Lynn Major added. Judge Nita L. Stormes no longer assigned to case. (gac) (Entered: 11/07/2006) |
| 11/13/2006 | 27 | ANSWER to Complaint with Jury Demand by PFS LLC, PFS Management Co Inc.(Adams, William) (Entered: 11/13/2006) |
| 11/16/2006 | 28 | ORDER Early Neutral Evaluation set for 12/13/2006 before Magistrate Judge Barbara Lynn Major. Signed by Judge Barbara Lynn Major on 11/14/06. (gac) (Entered: 11/16/2006) |
| 11/21/2006 | 29 | ANSWER to Complaint by McDonald's Corporation.(Bergstrom, Richard) (Entered: 11/21/2006) |
| 11/27/2006 | 30 | Joint MOTION to Continue *ene conference* by Ronald Wilson. (Hubbard, Scottlynn) (Entered: 11/27/2006) |
| 11/28/2006 | 31 | ORDER granting 30 Motion to Continue ENE Conference. ENE Conference reset from 12/13/06 to 12/12/06 at 3:30pm. Signed by Judge Barbara Lynn Major on 11/28/06. (gac) (Entered: 11/29/2006) |
| 12/12/2006 | 33 | Minute Entry for proceedings held before Judge Barbara Lynn Major : Early Neutral Evaluation Conference held on 12/12/2006. (Plaintiff Attorney Lynn Hubbard).(Defendant Attorney William Adams; Richard Bergstrom). (mnb) (Entered: 12/20/2006) |
| 12/13/2006 | 32 | ORDER Case Management Conference set for 1/18/2007 02:00 PM before Magistrate Judge Barbara Lynn Major. Signed by Judge Barbara Lynn Major on 12/13/06. (gac) (Entered: 12/13/2006) |
| 01/18/2007 | 41 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major : (T)Case Management Conference held on 1/18/2007. (Tape #n/a).(Plaintiff Attorney Scottlyn Hubbard; Lynn Hubbard).(Defendant Attorney William Adams; Richard Bergstrom). (mnb) (Entered: 03/23/2007) |
| 01/22/2007 | 34 | ORDER. Telephonic Case Management Conf was held on 1/18/2007. No Memoranda of Contentions of Fact and Law are to be filed unless so orderd by Court. Proposed Final Pretrial Order shall be lodged by 2/4/2008. Final Pretrial Conference set for 2/11/2008 11:00 AM in Courtroom 4 before Judge William Q. Hayes. Mandatory Settlement Conference set for 8/1/2007 09:30 AM before Magistrate Judge Barbara Lynn Major. Signed by Magistrate Judge Barbara Lynn Major on 1/22/2007. (jah) (Entered: 01/22/2007) |

Exhibit 2

| 01/28/2007 | 35 | MOTION to Dismiss for Lack of Jurisdiction *re mootness or sham federal claim* by PFS LLC, PFS Management Co Inc. Responses due by 2/16/2007 (Attachments: # 1 Memo of Points and Authorities # 2 # 3 Declaration # 4 Declaration # 5 Proof of Service)(Adams, William) (Entered: 01/28/2007) |
|---|---|---|
| 02/16/2007 | 36 | RESPONSE in Opposition re 35 MOTION to Dismiss for Lack of Jurisdiction *re mootness or sham federal claim* filed by Ronald Wilson. (Attachments: # 1 Declaration of Lynn Hubbard, III# 2 Proof of Service)(Hubbard, Lynn) (Entered: 02/16/2007) |
| 02/20/2007 | 37 | NOTICE of Joinder by McDonald's Corporation *to PFS Motion to Dismiss* (Bergstrom, Richard) (Entered: 02/20/2007) |
| 02/26/2007 | 38 | Reply to Motion to Dismiss for Lack of Jurisdiction *Reply to Opposition* by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Exhibit # 2 Declaration)(Adams, William) Modified on Motion terminated and document was refiled as reply see doc 40 2/28/2007 (gac). (Entered: 02/26/2007) |
| 02/26/2007 | 39 | Proof of Servie to Reply re 38 MOTION to Dismiss for Lack of Jurisdiction *Reply to Opposition PROOF OF SERVICE* filed by PFS LLC, PFS Management Co Inc. (Adams, William) Modified on 2/28/07 changed document description to proof of service instead of reply (gac). (Entered: 02/26/2007) |
| 02/26/2007 | 40 | REPLY to Response to Motion re 38 MOTION to Dismiss for Lack of Jurisdiction *Reply to Opposition,* 35 MOTION to Dismiss for Lack of Jurisdiction *re mootness or sham federal claim CORRECTED FILING* filed by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Exhibit # 2 Declaration # 3 Proof of Service)(Adams, William) (Entered: 02/26/2007) |
| 04/03/2007 | 42 | MOTION for Summary Judgment by Ronald Wilson. (Attachments: # 1 Memo of Points and Authorities # 2 Declaration of Plaintiff Ronald Wilson# 3 Statement of Facts # 4 Proof of Service)(Hubbard, Lynn) (4/5/07 – Spoke with Kaina Murray; s/ signature by plaintiff in his declaration not allowed; Kaina sent correct signature page; swapped declaraton documents.) (mdc) Additional attachment(s) added on 4/5/07 – corrected Declaration. (mdc) Modified on 6/6/07 to reactivate motion on pending motions report. (mdc) (Entered: 04/03/2007) |
| 04/13/2007 | 43 | NOTICE by Ronald Wilson *of Disclosure of Plaintiff's Expert, Reed Settle and Harold Littlejohn* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Hubbard, Lynn) (Entered: 04/13/2007) |
| 04/13/2007 | 44 | NOTICE by PFS LLC, PFS Management Co Inc *Expert Witness Disclosure* (Attachments: # 1 Exhibit # 2 Proof of Service)(Adams, William) Modified on 4/18/07 to remove original text of "re 43 Notice (Other)". (4/18/07 – Left voicemail message for Mr. Adams re linking documents.) (mdc) (Entered: 04/13/2007) |
| 04/26/2007 | 45 | DECLARATION re 42 MOTION for Summary Judgment *Amended Declaration of Plaintiff Ronald Wilson (Exhibits are now attached)* by Plaintiff Ronald Wilson. (Attachments: # 1 Proof of Service)(Hubbard, Lynn) (Entered: 04/26/2007) |
| 04/27/2007 | 46 | Ex Parte MOTION to Continue *Plaintiff's Motion for Summary Judgment Hearing* by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Declaration # 2 Proof of Service)(Adams, William) (Entered: 04/27/2007) |
| 05/01/2007 | 47 | Joint MOTION to Continue *Plaintiff's Motion for Summary Judgment* by Ronald Wilson. (Hubbard, Lynn) (Entered: 05/01/2007) |
| 05/03/2007 | 48 | EX PARTE MOTION FOR THE COURT TO CONSIDER SUPPLEMENTAL BRIEFING – Originally filed as NOTICE by Ronald Wilson re 35 MOTION to Dismiss for Lack of Jurisdiction *re mootness or sham federal claim Plaintiff's Ex Parte Request for the Court to Consider Supplemental Briefing* (Attachments: # 1 Exhibit A# 2 Proof of Service)(Hubbard, Lynn) (5/4/07 – Per chambers, no need to have this document refiled as a motion. Left voicemail message with atty's office that in the future any document requesting the court to take some action should be filed as a motion.) (mdc) Modified on 5/7/07 to correct document title. (mdc) (Entered: 05/03/2007) |

Exhibit 2

| 05/03/2007 | 49 | RESPONSE IN OPPOSITION RE 48 – Originally filed as NOTICE by PFS LLC, PFS Management Co Inc re 48 Notice (Other), Notice (Other), 35 MOTION to Dismiss for Lack of Jurisdiction *re mootness or sham federal claim Opposition to Plaintiff's ex parte application for supplemental briefing* (Attachments: # 1 Proof of Service)(Adams, William) Modified on 5/7/07 to correct document title. (mdc) (Entered: 05/03/2007) |
|---|---|---|
| 05/04/2007 | 50 | ORDER GRANTING Plaintiff's Ex Parte Motion For Supplemental Briefing: The Court GRANTS Plaintiff's ex part motion ( 48 ) and will review the materials submitted. Signed by Judge William Q. Hayes on 5/4/07. (mdc)(bar, ). (Entered: 05/07/2007) |
| 05/04/2007 | 51 | ORDER CONTINUING Plaintiff's Motion For Summary Judgment: The hearing on Plaintiff's motion for summary judgment shall be continued to 7/2/07 at 11:00 AM in Courtroom 4. Signed by Judge William Q. Hayes on 5/2/07. (mdc) (bar, ). (Entered: 05/07/2007) |
| 05/07/2007 | 52 | RESPONSE in Opposition re 42 MOTION for Summary Judgment *Declaration of P.Schmid* filed by PFS Management Co Inc. (Attachments: # 1 Proof of Service)(Adams, William) (Entered: 05/07/2007) |
| 05/14/2007 | 53 | Ex Parte MOTION for Order to Show Cause *re Communications Prohibited by PRC 2–100* by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Exhibit # 2 Declaration of Paul Schmid# 3 Proof of Service)(Adams, William) (5/15/07 – Sent QC mail re: selecting multi–part motion; left a voicemail message for Mr. Adams re the same issue; he will need to refile, with attachments.) – Refiled as multi–motion (see 54 ). (mdc) Modified on 5/16/07 to add note re multi–motion. (mdc) (Entered: 05/14/2007) |
| 05/15/2007 | 54 | Ex Parte MOTION to Shorten Time, Ex Parte MOTION for Order to Show Cause *re Communications Prohibited by PRC 2–100* by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Exhibit # 2 Declaration Paul Schmid# 3 Proof of Service)(Adams, William) Modified on 6/6/07 to reactivate motions on pending motions report. (mdc) (Entered: 05/15/2007) |
| 05/24/2007 | 55 | RESPONSE in Opposition re 54 Ex Parte MOTION to Shorten TimeEx Parte MOTION for Order to Show Cause *re Communications Prohibited by PRC 2–100*Ex Parte MOTION to Shorten TimeEx Parte MOTION for Order to Show Cause *re Communications Prohibited by PRC 2–100* filed by Ronald Wilson. (Attachments: # 1 Declaration of Lynn Hubbard, III# 2 Proof of Service)(Hubbard, Lynn) (Entered: 05/24/2007) |
| 05/31/2007 | 56 | DECLARATION *of Rick Bergstrom Re PFS Ex Parte Application for Order to Show Cause* by Defendant McDonald's Corporation. (Attachments: # 1 Exhibit # 2 Proof of Service)(Bergstrom, Richard) (Entered: 05/31/2007) |
| 05/31/2007 | 57 | ORDER Declining Supplemental Jurisdiction Over Plaintiff's State Law Claims: Defendants' motion to dismiss ( 35 ) Plaintiff's state law claims is granted without prejudice to the Plaintiff refiling those claims in state court. Signed by Judge William Q. Hayes on 5/31/07. (mdc)(bar, ). (Entered: 06/01/2007) |
| 06/01/2007 | 58 | CLERK'S JUDGMENT in favor of Defendants and against Plaintiff. It is Ordered and Adjudged that Defendants' motion to dismiss Plaintiff's state law claims is granted without prejudice to the Plaintiff refiling those claims in state court. (mdc)(bar, ). – VACATED per Minute Order dated 6/5/07 (see Doc. # 60) Modified on 6/6/07 to add note re vacated status. (mdc) (Entered: 06/01/2007) |
| 06/01/2007 | 59 | REPLY to Response to Motion re 53 Ex Parte MOTION for Order to Show Cause *re Communications Prohibited by PRC 2–100*, 54 Ex Parte MOTION for Order to Show TimeEx Parte MOTION for Order to Show Cause *re Communications Prohibited by PRC 2–100*Ex Parte MOTION for Order to Show Cause *re Communications Prohibited by PRC 2–100*Ex Parte MOTION for Order to Show Cause *re Communications Prohibited by PRC 2–100 Declaration of Paul Schmid* filed by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Proof of Service)(Adams, William) (Entered: 06/01/2007) |
| 06/05/2007 | 60 | MINUTE ORDER vacating 58 Clerk's Judgment in favor of Defendants and against Plaintiff. Clerk entered judgment in error. There are active federal ADA claims remaining in this case. Signed by Judge William Q. Hayes on 6/5/2007. |

Exhibit 2

| | | |
|---|---|---|
| | | (sxd) (Entered: 06/05/2007) |
| 06/13/2007 | 61 | ORDER denying in its entirety 54 Ex Parte Application for an Order to Show Cause. Signed by Judge William Q. Hayes on 6/13/07. (aje) (mam). (Entered: 06/14/2007) |
| 06/15/2007 | 62 | NOTICE by Ronald Wilson re 42 MOTION for Summary Judgment *of Withdrawal without Prejudice* (Hubbard, Lynn) (Entered: 06/15/2007) |
| 06/15/2007 | 63 | NOTICE by Ronald Wilson *of Disclosure of Plaintiff's Expert Report* (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit B)(Hubbard, Lynn) Modified on 6/19/07 – OK to leave on docket, per chambers. (mdc) (Entered: 06/15/2007) |
| 06/18/2007 | 64 | NOTICE by PFS LLC, PFS Management Co Inc *Unavailability – Vacation* (Attachments: # 1 Proof of Service)(Adams, William) (Entered: 06/18/2007) |
| 06/22/2007 | 65 | MOTION for Summary Judgment *, or Alternatively, Partial Summary Judgment* by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Memo of Points and Authorities # 2 Exhibit # 3 Statement of Facts # 4 Declaration # 5 Declaration # 6 Declaration # 7 Proof of Service)(Adams, William) (Entered: 06/22/2007) |
| 07/12/2007 | 66 | AMENDED DOCUMENT (Memorandum of Points &Authorities) RE 65 – Filed as Amended MOTION for Summary Judgment *Memorandum of Points &Authorities* by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Declaration Wm. Adams# 2 Proof of Service)(Adams, William) Modified on 7/16/07 to edit document title in text. (mdc) (Entered: 07/12/2007) |
| 07/13/2007 | 67 | Joint MOTION to Continue *Mandatory Settlement Conference* by McDonald's Corporation. (Attachments: # 1 Proof of Service Proof of Service)(Bergstrom, Richard) (Entered: 07/13/2007) |
| 07/13/2007 | 68 | MOTION for Summary Judgment by Ronald Wilson. (Attachments: # 1 Memo of Points and Authorities # 2 Exhibit to Points &Authorities# 3 Statement of Facts # 4 Declaration of Plaintiff Ron Wilson# 5 Declaration of Reed Settle# 6 Proof of Service)(Hubbard, Lynn) (Entered: 07/13/2007) |
| 07/13/2007 | 69 | ORDER Granting Joint Motion To Continue Mandatory Settlement Conference: The joint motion ( 67 ) to continue the 8/1/07 Mandatory Settlement Conference to 10/1/07 is granted. The Mandatory Settlement Conference is hereby continued to 10/1/07 at 09:30 AM and will be held in the chambers of Magistrate Judge Barbara L. Major. Signed by Magistrate Judge Barbara Lynn Major on 7/13/07. (mdc) (bar ). (Entered: 07/16/2007) |
| 07/16/2007 | 70 | NOTICE of Joinder by McDonald's Corporation *to Defendant PFS' Motion for Summary Judgment* ( 65 ) (Attachments: # 1 Proof of Service)(Bergstrom, Richard) Modified on 7/17/07 to add Doc. # 65 link to text. (mdc) (Entered: 07/16/2007) |
| 07/20/2007 | 71 | AFFIDAVIT in Support re 66 Amended MOTION for Summary Judgment *Memorandum of Points &Authorities attaching corrected Table of Contents* filed by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Proof of Service)(Adams, William) (Entered: 07/20/2007) |
| 07/27/2007 | 72 | RESPONSE in Opposition re 66 Amended MOTION for Summary Judgment *Memorandum of Points &Authorities*, 65 MOTION for Summary Judgment *, or Alternatively, Partial Summary Judgment* filed by Ronald Wilson. (Attachments: # 1 Declaration of Lynn Hubbard, III# 2 Declaration of Plaintiff Ronald Wilson# 3 Statement of Facts Response to Defendants' Statement of Facts# 4 Supplement Table of Contents and Table of Authorities# 5 Proof of Service)(Hubbard, Lynn) (Entered: 07/27/2007) |
| 07/30/2007 | 73 | RESPONSE in Opposition re 68 MOTION for Summary Judgment filed by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Statement of Facts # 2 Exhibit # 3 Declaration # 4 Declaration # 5 Declaration # 6 Proof of Service)(Adams, William) (Entered: 07/30/2007) |
| 07/30/2007 | 74 | AFFIDAVIT in Opposition re 68 MOTION for Summary Judgment *Supplemental Declaration of Wm. Adams* filed by PFS LLC, PFS Management Co Inc. |

Exhibit 2

| | | (Attachments: #1 Proof of Service)(Adams, William) (Entered: 07/30/2007) |
|---|---|---|
| 08/01/2007 | 75 | NOTICE of Joinder by McDonald's Corporation *to PFS' Opposition to Plaintiff's Motion for Summary Judgment* (73) (Attachments: #1 Proof of Service)(Bergstrom, Richard) Modified on 8/6/07 to add Doc. # 73 link to text. (mdc) (Entered: 08/01/2007) |
| 08/06/2007 | 76 | REPLY re 65 MOTION for Summary Judgment , *or Alternatively, Partial Summary Judgment* filed by McDonald's Corporation. (Attachments: #1 Proof of Service)(Bergstrom, Richard) (Entered: 08/06/2007) |
| 08/06/2007 | 77 | REPLY to Response to Motion re 66 Amended MOTION for Summary Judgment *Memorandum of Points &Authorities*, 65 MOTION for Summary Judgment , *or Alternatively, Partial Summary Judgment* filed by PFS LLC, PFS Management Co Inc. (Attachments: #1 Exhibit #2 Declaration Kim Blackseth#3 Declaration Paul Schmid#4 Declaration Wm. Adams#5 Proof of Service)(Adams, William) (Entered: 08/06/2007) |
| 08/06/2007 | 78 | REPLY to Response to Motion re 68 MOTION for Summary Judgment filed by Ronald Wilson. (Attachments: #1 Proof of Service)(Hubbard, Lynn) Modified on 8/9/07 – Atty notified re proposed order. (mdc) (Entered: 08/06/2007) |
| 08/07/2007 | 79 | OBJECTION by PFS LLC, PFS Management Co Inc re 78 Reply to Response to Motion *re Plaintiff's Proposed Order* (Attachments: #1 Proof of Service)(Adams, William) (Entered: 08/07/2007) |
| 08/22/2007 | 80 | ORDER Granting Defendant's Motion For Summary Judgment And Denying Plaintiff's Motion For Summary Judgment: Defendants' motion for summary judgment (65, 66) is granted on the grounds that none of the violations alleged by Plaintiff in the Complaint currently exist at Defendants' McDonald's restaurant. Plaintiff's motion for summary judgment (68) is denied as moot. Signed by Judge William Q. Hayes on 8/22/07. (mdc) (mam). (Entered: 08/22/2007) |
| 08/22/2007 | 81 | CLERK'S JUDGMENT in favor of Defendants, and against Plaintiff. It is ordered and adjudged that Defendants' motion for summary judgment is granted on the grounds that none of the violations alleged by Plaintiff in the Complaint currently exist at Defendants' McDonald's restaurant. Plaintiff's motion forsummary judgment is denied as moot. (mdc)(mam). (Entered: 08/22/2007) |
| 09/04/2007 | 82 | REFILED AS 83 – BILL OF COSTS submitted by Defendants PFS LLC, PFS Management Co Inc in the amount of $ 1,773.15. (Attachments: #1 Proof of Service)(Adams, William) Modified on 9/18/07 to indicate refiling status. (mdc) (Entered: 09/04/2007) |
| 09/04/2007 | 83 | BILL OF COSTS submitted *Revised* by Defendants PFS LLC, PFS Management Co Inc in the amount of $ 1,773.15. (Attachments: #1)(Adams, William) (Entered: 09/04/2007) |
| 09/05/2007 | 84 | REFILED AS 85 – MOTION for Attorney Fees *and costs* by PFS LLC, PFS Management Co Inc. (Adams, William) Modified on 9/18/07 to indicate refiling status. (mdc) (Entered: 09/05/2007) |
| 09/05/2007 | 85 | MOTION for Attorney Fees *and Costs* by PFS LLC, PFS Management Co Inc. (Attachments: #1 Memo of Points and Authorities #2 All Exhibits Except Exhibit 15#3 Exhibit 15, transcript of deposition of R. Wilson#4 Declaration Paul Schmid#5 Declaration William Adams#6 Declaration Rick Bergstrom#7 Request for Judicial Notice#8 Proof of Service)(Adams, William) – No Oral Argument Unless Requested By The Court. Modified on 9/18/07 to add note re oral argument; deleted redundant attachment descriptions. (mdc) (Entered: 09/05/2007) |
| 09/05/2007 | 86 | NOTICE REGARDING EXHIBIT ATTACHMENT – Filed as AMENDED DOCUMENT by PFS LLC, PFS Management Co Inc. Amendment to 85 MOTION for Attorney Fees *and Costs*, 84 MOTION for Attorney Fees *and costs Exhibits to Correct Collation Problem in Prior Exhibits1–14, 16–29.* (Attachments: #1 Proof of Service)(Adams, William) Modified on 9/18/07 to correct event type. (mdc) (Entered: 09/05/2007) |

Exhibit 2

| 09/07/2007 | 87 | NOTICE by PFS LLC, PFS Management Co Inc re 83 Bill of Costs, 82 Bill of Costs *Hearing* (Attachments: # 1 Proof of Service)(Adams, William) (Entered: 09/07/2007) |
|---|---|---|
| 09/14/2007 | 88 | Objection to Bill of Costs re 83 Bill of Costs filed by Ronald Wilson. (Hubbard, Lynn) (Entered: 09/14/2007) |
| 09/19/2007 | 89 | SUPPLEMENTAL DOCUMENT RE 85 – Filed as Ex Parte MOTION to Supplement *Information in Motion for Attorney Fees and Costs* by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Declaration William A. Adams# 2 Proof of Service)(Adams, William) Modified on 11/7/07 to correct document title. (mdc) (Entered: 09/19/2007) |
| 09/19/2007 | 90 | REPLY re 83 Bill of Costs, 88 Objection to Bill of Costs, 87 Notice (Other) *and Request for Judicial Notice of Rule 68 Offers of Judgment* filed by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Proof of Service)(Adams, William) (mdc) (Entered: 09/19/2007) |
| 09/21/2007 | 91 | NOTICE: The Bill of Costs filed in this case will be heard by Judge William Q. Hayes together with the Motion for Attorneys Fees. The Bill of Cost hearing date of September 24, 2007 at 10:00 am is vacated. (nsp) (Entered: 09/21/2007) |
| 10/12/2007 | 92 | RESPONSE in Opposition re 85 MOTION for Attorney Fees *and Costs*, 89 Ex Parte MOTION to Supplement *Information in Motion for Attorney Fees and Costs* filed by Ronald Wilson. (Attachments: # 1 Supplement Table of Contents and Table of Authorities# 2 Proof of Service)(Hubbard, Lynn) (mdc) (Entered: 10/12/2007) |
| 10/22/2007 | 93 | REPLY to Response to Motion re 85 MOTION for Attorney Fees *and Costs*, 84 MOTION for Attorney Fees *and costs*, 89 Ex Parte MOTION to Supplement *Information in Motion for Attorney Fees and Costs* filed by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Declaration William A. Adams# 2 Proof of Service)(Adams, William) 2007 (jpp, ). (Entered: 10/22/2007) |
| 10/23/2007 | 94 | OBJECTION by Ronald Wilson re 93 Reply to Response to Motion, (Attachments: # 1 Proof of Service)(Hubbard, Lynn) (jpp, ). (Entered: 10/23/2007) |
| 10/25/2007 | 95 | OBJECTION by PFS LLC, PFS Management Co Inc re 94 Objection *by Wilson as Sur−Reply without Leave of Court* (Attachments: # 1 Proof of Service)(Adams, William) (jpp, ). (Entered: 10/25/2007) |
| 10/31/2007 | 96 | NOTICE RE JUDICIAL NOTICE – Filed as Ex Parte MOTION for Leave to File *Judicial Notice Documents* by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Proof of Service)(Adams, William) Modified on 11/7/07 to correct document title. (mdc) (Entered: 10/31/2007) |
| 10/31/2007 | 97 | DUPLICATE FILING (RE 96 ) – NOTICE by PFS LLC, PFS Management Co Inc re 85 MOTION for Attorney Fees *and Costs Request for Judicial Notice of Post−Briefing Events* (Attachments: # 1 Proof of Service)(Adams, William) Modified on 11/5/07 to indicate duplicate filing status. (mdc) (Entered: 10/31/2007) |
| 12/18/2007 | 98 | Ex Parte MOTION to Stay re 85 MOTION for Attorney Fees *and Costs*, 97 Notice (Other), Notice (Other) by PFS LLC, PFS Management Co Inc. (Attachments: # 1 Proof of Service)(Adams, William) (mdc) (Entered: 12/18/2007) |
| 03/03/2008 | 99 | NOTICE by PFS LLC, PFS Management Co Inc re 85 MOTION for Attorney Fees *and Costs*, 97 Notice (Other), Notice (Other), 98 Ex Parte MOTION to Stay re 85 MOTION for Attorney Fees *and Costs*, 97 Notice (Other), Notice (Other) *Request for Judicial Notice* (Attachments: # 1 Exhibit Order in Wilson v. Kayo Oil (06cv1035)# 2 Proof of Service)(Adams, William) (mdc) (Entered: 03/03/2008) |
| 03/20/2008 | 100 | ORDER Denying Defendants' Motion For Attorneys Fees, Costs, And Sanctions And Defendants' Request For Judicial Notice: Defendants' motion for fees and costs ( 85 ) is denied. Defendants' motions for fees and/or sanctions ( 85 ) is denied. Defendants' Bill of Costs ( 83 ) is denied. Defendants' request for judicial notice ( 99 ) is denied. Signed by Judge William Q. Hayes on 3/20/08. (mdc) (Entered: 03/20/2008) |

Exhibit 2

| 04/01/2008 | 101 | NOTICE OF APPEAL as to 100 Order on Motion for Attorney Fees by PFS LLC, PFS Management Co Inc. (Filing Fee: Paid, Receipt #149248). (leh) (Entered: 04/02/2008) |
|---|---|---|
| 04/02/2008 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 101 Notice of Appeal. (leh) (Entered: 04/02/2008) |
| 04/21/2008 | 102 | TRANSCRIPT REQUEST by PFS LLC, PFS Management Co Inc re 101 Notice of Appeal: No Transcripts Designated. (leh) (Entered: 04/21/2008) |
| 04/21/2008 | 103 | USCA Case Number 08−55623 for 101 Notice of Appeal filed by PFS LLC, PFS Management Co Inc. (leh) (Entered: 04/22/2008) |
| 04/30/2008 | 104 | Certificate of Record transmitted to USCA re 101 Notice of Appeal. (leh) (Entered: 04/30/2008) |
| 05/12/2008 | 105 | NOTICE of USCA Receipt of Certificate of Record re 101 Notice of Appeal filed by PFS LLC, PFS Management Co Inc. USCA Case Number 08−55623. (leh) (Entered: 05/13/2008) |
| 11/30/2009 | 106 | ORDER of USCA as to 101 Notice of Appeal filed by PFS LLC, PFS Management Co Inc. The parties' stipulation to voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to FRAP 42(b). Each party is to bear its own costs to the appeal. A copy of this order sent to the USDC shall act as and for the mandate of the USCA. (akr) (Entered: 11/30/2009) |

Exhibit 2

Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

William Adams, SBN 135035
**NORTON MOORE & ADAMS LLP**
525 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-8200
Facsimile: (619) 231-7595

Attorney for Defendant
PFS, LLC dba McDonald's #13410

Peter Modlin, SBN 151453
**GIBSON DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 374-8488

Attorney for Defendant
McDonald's Corp.

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Kohler, | Case No. 10cv0364 WQH (AJB) |
| Plaintiff, | |
| vs. | **Joint Early Neutral Evaluation Statement** |
| PFS, LLC dba McDonald's #13410, *et al.*, | Date:    May 24, 2010 |
| Defendants. | Time:    9:00 a.m. |
| | Telephonic Hearing |

*Kohler v. PFS, LLC, et al.,*                                    Case No. 10cv0364 WQH (AJB)
Joint Early Neutral Evaluation Statement
Page 1 of 2

Exhibit 3

1       Plaintiff, Chris Kohler, and Defendants, PFS, LLC dba McDonald's
2   #13410 and McDonald's Corp. (collectively the "parties"), hereby submit their
3   Joint Early Neutral Evaluation Statement for this case.
4       The parties wish to inform the Court that Defendant PFS, LLC has agreed
5   to make all of the modifications identified in Plaintiff's Complaint and that
6   settlement negotiations are in progress.
7
8   Dated: May 17, 2010          DISABLED ADVOCACY GROUP, APLC
9
10
11                                               LYNN HUBBARD, III
12                                               Attorney for Plaintiff
13
14   Dated: May 17, 2010          NORTON MOORE & ADAMS LLP
15
16
17                                               WILLIAM ADAMS
18                                             Attorney for Defendant
                                          PFS, LLC dba McDonald's #13410
19
20   Dated: May __, 2010         GIBSON DUNN & CRUTCHER LLP
21
22
23                                               PETER MODLIN
24                                             Attorney for Defendant
                                          McDonald's Corp.
25
26
27
28   *Kohler v. PFS, LLC, et al.,*                                  Case No. 10cv0364
   WQH (AJB)

Exhibit 3

1    Plaintiff, Chris Kohler, and Defendants, PFS, LLC dba McDonald's
2  #13410 and McDonald's Corp. (collectively the "parties"), hereby submit their
3  Joint Early Neutral Evaluation Statement for this case.
4    The parties wish to inform the Court that Defendant PFS, LLC has
5  agreed to make all of the modifications identified in Plaintiff's Complaint and
6  that settlement negotiations are in progress.
7
8  Dated: May __, 2010              DISABLED ADVOCACY GROUP, APLC
9
10
11                                   LYNN HUBBARD, III
                                     Attorney for Plaintiff
12
13
14  Dated: May __, 2010              NORTON MOORE & ADAMS LLP
15
16
17                                   WILLIAM ADAMS
                                     Attorney for Defendant
18                                   PFS, LLC dba McDonald's #13410
19
20  Dated: May 17, 2010              GIBSON DUNN & CRUTCHER LLP
21
22                                   _Peter Modlin_  /BMG
23                                   PETER MODLIN
                                     Attorney for Defendant
24                                   McDonald's Corp.
25
26
27
28

*Kohler v. PFS, LLC, et al.,*                      Case No. 10cv0364 WQH (AJB)
               Joint Early Neutral Evaluation Statement
                              Page 2 of 2

Exhibit 3