NORTON MOORE & ADAMS L.L.P.
William A. Adams, Esq. CSBN. 135035
525 B Street, Suite 1500
San Diego, California 92101
(619) 233-8200
wadams@nmalawfirm.com

Attorney for Defendant:
PFS, LLC dba McDONALD'S #13410

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>    Plaintiff,<br><br>v.<br><br>PFS, LLC dba McDONALD'S # 13410;<br>McDONALD'S CORP.,<br><br>    Defendants. | Case No. 10 CV 0364 WQH AJB<br><br>**Complaint Filed:** February 16, 2010<br><br>**DECLARATION OF PAUL SCHMID IN SUPPORT OF DEFENDANT PFS, LLC dba McDONALD'S # 13410'S MOTION FOR ISSUANCE OF AN ORDER (1) DECLARING A PARTIAL OR COMPLETE STAY AS TO DISCOVERY RELATED IN ANY WAY TO INJUNCTIVE RELIEF AVAILABLE TO PLAINTIFF ARISING FROM VIOLATION OF THE AMERICANS WITH DISABILITIES ACT; AND (2) DECLARING A COMPLETE STAY AS TO MOTIONS RELATED IN ANY WAY TO INJUNCTIVE RELIEF AVAILABLE TO PLAINTIFF ARISING FROM VIOLATION OF THE AMERICANS WITH DISABILITIES ACT**<br><br>Judge: Hon. William Q. Hayes<br>Courtroom: 4<br>Time: 11:00 a.m.<br>Date: Oct. 18, 2010<br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, PAUL SCHMID, hereby declare as follows:

1. I am a competent adult over the age of 18. I know the following to be true of my own

---

Schmid Declaration in Support of Def. PFS' Motion (1) For Partial or Complete Stay of Discovery; and (2) For Stay of Motions Related to Plaintiff's Purported Entitlement to Injunctive Relief Under the ADA (10-CV-0364-WQH-AJB)

- 1 -

personal knowledge. If called upon to do so, I could and would testify competently to the following under oath in a court of law.

2. I am the principal of PFS, LLC ("PFS"), the owner and operator of the McDonald's restaurant located at 5920 Balboa Ave., San Diego, California. That McDonald's restaurant is the subject of this disability discrimination lawsuit.

3. Prior to being served with the Complaint, PFS did not receive any written or oral complaints that I am aware of from any patrons, including Mr. Kohler, that the Balboa Avenue McDonald's restaurant presented any barriers to the physically disabled. Shortly after being served with Plaintiff Chris Kohler's Complaint in the above-referenced above-captioned lawsuit, PFS began making and implementing plans to remodel the subject McDonald's restaurant. Although PFS does not concede that any barriers exist at the Balboa Avenue McDonald's restaurant that violate any federal or state anti-disability discrimination laws, the remodeling process, when complete, will ensure that this restaurant is fully compliant with the anti-disability discrimination provisions set forth in the Americans With Disabilities Act ("ADA"), as well as applicable state anti-disability discrimination statutes.

4. That remodeling project is well underway as of the present date.

5. PFS anticipates that this remodeling project will be completed on or before April 1, 2011.

6. Consequently, PFS anticipates that as of April 1, 2011, it will be undisputed that the subject McDonald's restaurant on Balboa Avenue in San Diego will be fully compliant with the ADA's anti-disability discrimination provisions.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this ___9___ day of September, 2010 in San Diego, California.

Paul Schmid

Schmid Declaration in Support of Def. PFS' Motion (1) For Partial or Complete Stay of Discovery; and (2) For Stay of Motions Related to Plaintiff's Purported Entitlement to Injunctive Relief Under the ADA (10-CV-0364-WQH-AJB)

- 2